THE PEOPLE ex rel. MARGARET HUDSON, Appellant, v.
THE BOARD OF FIRE COMMISSIONERS OF THE CITY OF
NEW YORK, Respondent.

It is within the discretion of the Supreme Court to grant or withhold a
common-law *certiorari*, and its discretion cannot be reviewed.

An unreasonable delay in applying for the writ may be a ground for
refusing it, and for quashing it even after a hearing on the return
thereto.

(Argued April 8, 1879 ; decided April 25, 1879.)

THIS was an appeal from an order of General Term, dis-
missing a writ of *certiorari* brought to review the proceed-
ings of defendant, dismissing William Hudson from the ser-
vice of the department as a fireman.

It appeared that there was a lapse of about two years and
a-half between the date of proceedings complained of and the
application for the writ. *Held*, as above ; the court citing
*The People* v. *Hill* (53 N. Y., 547); *The People* v. *Stilwell*
(19 id., 531–533) ; *The People* v. *The Mayor* (2 Hill,
12, 13).

*Douglas A. Levien* for appellant.

*D. J. Dean* for respondent.

*Per Curiam mem.* for dismissal of appeal.
All concur, MILLER, J., absent.
Appeal dismissed.